# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| **SDM Holdings LLC and** § | | |
| **Avon Capital LLC, a Wyoming** § | | |
| **Limited Liability Company,** § | | |
| Appellants, § | | |
| § | Case Nos. | **21-6044, 21-6049,** |
| v. § | | **21-6133, 21-6134** |
| § | | |
| **Universitas Education LLC,** § | | |
| Appellee. § | | |

### PARTIALLY UNOPPOSED AMENDED MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL APPENDIX
### BY APPELLANT SDM HOLDINGS, LLC (CM/ECF OUTAGE)

Appellant SDM Holdings, LLC ("SDM") files this Partially Unopposed Amended Motion for Leave to File Second Supplemental Appendix because: (1) there was an outage in the Court's CM/ECF filing system when the Reply Brief was due on Friday, March 11, 2022; and (2) the two documents that comprise the Second Supplemental Appendix directly refute a statement made by Appellee in Appellee's Brief and are documents filed by Appellee in other District Courts, and respectfully shows the Court as follows:

### I. REASON FOR LATE FILING – SYSTEM OUTAGE

On February 17, 2022, the Court entered its Order setting March 11, 2022 as the deadline for filing Appellants' respective reply briefs.

On Friday, March 11, 2022, SDM unsuccessfully tried to file SDM's Reply Brief and Second Supplemental Appendix via the CM/ECF system multiple times. SDM's counsel was

**PARTIALLY UNOPPOSED AMENDED MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL APPENDIX
BY APPELLANT SDM HOLDINGS, LLC (CM/ECF OUTAGE)**
**I:\14184\Oklahoma\Appeal\Motion (Amended) for Leave to File 2nd Supp Appendix Due
to Filing System Outage - Appellant (SDM).220316..doc                    Page 1 of 5**

notified by the Court that the CM/ECF system was unable to accept filings and the Clerk deemed the ECF system to be subject to a technical failure as described in Local Rule 25.7.

As a result, SDM's Reply Brief was due on Monday, March 14, 2022 which is the next business day following March 11, 2022. On Monday, March 14, 2022, SDM uploaded its Reply Brief and SDM's Second Supplemental Appendix.

As described in Local Rule 25.7, SDM requests leave to file the Second Supplemental Appendix due to the technical failure of the CM/ECF system on March 11, 2022.

SDM received a notice from the Court that during one of the failed filing attempts on Friday, March 11, 2022, SDM inadvertently tried to file the Second Supplemental Appendix under seal.  SDM is not requesting that the Second Supplemental Appendix be filed under seal, as the two documents in the Second Supplemental Appendix were not filed under seal when the documents were filed by Appellee in the District Courts of Virginia (Eastern District) and New York (Southern District), respectively.

This motion is supported by the Declaration of Jeffrey R. Sandberg in compliance with Local Rule 25.7.

## II. REASON FOR FILING SECOND SUPPLEMENTAL APPENDIX

In summary, the Second Supplemental Appendix contains two documents filed by Appellee in other matters that refute a statement by Appellee in Appellee's Response Brief. The two documents were already on file in the underlying case that is the subject of this appeal.

**PARTIALLY UNOPPOSED AMENDED MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL APPENDIX
BY APPELLANT SDM HOLDINGS, LLC (CM/ECF OUTAGE)**
**I:\14184\Oklahoma\Appeal\Motion (Amended) for Leave to File 2nd Supp Appendix Due
to Filing System Outage - Appellant (SDM).220316..doc                    Page 2 of 5**

More specifically, Appellee's Introduction in Appellee's Response Brief grossly misrepresents the amount collected by Universitas on its judgment as being $6 million. This $6 million amount is patently false - Universitas received a **$12 million settlement** payment by WSFS Bank (see Aplt. Second Supp. App. Vol 1 at 31 par. 6 - Declaration of J. Manson filed in E.D. Va. On May 23, 2018) and a **$4,487,008 settlement** payment by Grist Mill Trust Welfare Benefit Plan. (see Aplt. Second Supp. App. Vol 1 at 37 Satisfaction of Judgment filed in S.D. N.Y. on June 19, 2018) While the two amounts are not all of the sums collected by Universitas, just these two filings by Appellee show that the collections figure in Appellee's Response Brief is severely understated.

When Appellees were compiling the previously filed Appendix volumes, Appellants did not anticipate that Appellee would misstate the amount of its collections in Appellee's Response Brief. Appellants are filing this motion requesting leave so that the Court will have a more accurate understanding, even though these two collections do not represent all of Universitas's collections.

### PRAYER

WHEREFORE, Appellant SDM Holdings, LLC requests that this Amended Motion for Leave be granted and the Second Supplemental Appendix be filed in the records of the Court.

        Respectfully submitted,

        s/ Jeffrey R. Sandberg
        Jeffery R. Sandberg
        Texas State Bar Number 00790051
        Palmer Lehman Sandberg, PLLC,
        f/k/a Palmer & Manuel, PLLC
        8350 N. Central Expressway, Suite 1111
        Dallas, Texas 75206
        Telephone: (214) 242-6454
        Facsimile: (214) 265-1950
        Email:  jsandberg@pamlaw.com
        ATTORNEYS FOR APPELLANT
        SDM HOLDINGS, LLC

## **DISCLOSURE OF OPPPONENT'S POSITION**

Counsel for SDM Holdings, LLC certifies that on March 16, 2022, counsel attempted to confer with counsel for Appellee regarding the relief requested by SDM by emailing to Appellee's counsel a draft of this motion. Counsel did not receive a response to counsel's request from counsel for Appellee.

Counsel further certifies that counsel for Appellant Avon Capital, LLC, a Wyoming Limited Liability Company states that it is unopposed to the relief requested by SDM.

        s/ Jeffrey R. Sandberg
        Jeffery R. Sandberg

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served upon the following counsel, on the 17th day of March, 2022 via the Court CM/ECF system and email.

Timothy F. Campbell, Esq. (tfc@meehoge.com)
MEE HOGE PLLP
50 Penn Place
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118
Telephone: (405) 848-9100
Facsimile: (405) 848-9101
Attorneys for Universitas Education, LLC

Alan L. Rupe, Esq. (alan.rupe@lewisbrisbois.com)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: 316-609-7900
Facsimile: 316-462-5746
Attorneys for Avon Capital, LLC,
a Wyoming limited liability company

                                            s/ Jeffrey R. Sandberg
                                            Jeffrey R. Sandberg